455 A.2d 197

King et al., Appellants v. City of Philadelphia et al.

Submitted June 13, 1980. Herbert K. Fisher, for appellant; Michael Eiss, for City of Phila., appellee, and James M. Marsh, for Phila. Housing, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

455 A.2d 198

Palencar, Appellant v. Urban.

Argued May 12, 1982. Anthony B. Panaway, for appellant; Joseph J. Musto, for appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Order affirmed.